UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LANGE LOGISTICS, INC., et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No.: C09-2760 PVT <br><br> **ORDER SETTING DEADLINE FOR PLAINTIFF TO REQUEST ENTRY OF DEFAULT AGAINST DEFENDANT MOHIT K. VOHRA** |

Plaintiff filed this action on June 22, 2009, and served the summons and complaint on Defendant Mohit K. Vohra on September 9, 2009.[1] Defendant Vohra has not filed any response to the complaint. On October 20, 2009, a Joint Case Management Conference Statement was filed on behalf of all parties other than Defendant Mohit K. Vohra. The Joint Case Management Conference Statement indicates that Defendant Vohra is currently incarcerated and awaiting trial on charges related to the events at issue in this lawsuit. In the Joint Case Management Conference Statement, all parties other than Defendant Vohra state that they consent to Magistrate Judge jurisdiction. It is not yet known whether Defendant Vohra, if he appears and defends this action, will consent to Magistrate Judge jurisdiction. Therefore,

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

1    IT IS HEREBY ORDERED that, no later than November 10, 2009, Plaintiff shall either
2 request entry of default against Defendant Vohra or else file a declaration showing cause why it has
3 not done so.  Until default is entered against Defendant Vohra, or Defendant Vohra appears and
4 elects whether or not to consent to Magistrate Judge jurisdiction, it is premature to hold the Case
5 Management Conference in this action.  In the event default is entered against Defendant Vohra, the
6 case will proceed before the Magistrate Judge as to all other parties.  Any motion for default
7 judgment against Defendant Vohra will be deferred until the end of the case, at which time the case
8 will be reassigned to a District Judge for resolution of that motion.[2]

Dated: *10/27/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[2]    Magistrate Judges do not have authority to hear a motion for default judgment where the defaulting party has not consented to Magistrate Judge jurisdiction.  *See* 28 U.S.C. § 636(c)(1).