UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LANGE LOGISTICS, INC., et al., <br><br> Defendants. | Case No.: C09-2760 PVT <br><br> **ORDER DENYING REQUEST FOR TELEPHONIC APPEARANCE BY DEFENDANT BALJIT SINGH dba GOLD CARRIERS** |

Currently pending before the court is the request of Defendant Baljit Singh to appear by telephone at the Case Management Conference in this matter on November 17, 2009. Based on the request and the file herein,

IT IS HEREBY ORDERED that the request is DENIED. This courtroom's audio system has difficulties that make personal appearances preferable absent some persuasive reason to allow a telephonic appearance. Here, Defendant Singh offers no reason for the request.

Dated: *11/16/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*