**United States District Court**
For the Northern District of California

**\*E-FILED 12-21-2009\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MONTEREY GOURMET FOODS, INC., | No. C09-02760 PVT |
| Plaintiff, | |
| v. | **ORDER DENYING LANGE LOGISTICS'** |
| LANGE LOGISTICS, INC.; BALJIT SINGH d/b/a/ GOLD CARRIERS; and MOHIT K. VOHRA, | **REQUEST FOR TELEPHONIC APPEARANCE** |
| Defendants. | [Re: Docket No. 35] |
| AND RELATED CROSS-ACTIONS | |

Defendant Lange Logistics, Inc. moves for leave to appear by phone at the settlement conference set for January 13, 2010. Upon consideration of the moving and responding papers, the request is denied.

SO ORDERED.

Dated: December 21, 2009

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:09-cv-02760-PVT Notice has been electronically mailed to:

2  Kai Peters  kpeters@gordonrees.com

3  Matthew Thomas Holman  mholman@sbllp.com, nmino@sbllp.com

4  Randolf Krbechek  rkrbechek@kleinlaw.com, gnelson@kleinlaw.com

5  Rhonda Darlene Shelton-Kraeber  rshelton@sbllp.com, lneufeld@sbllp.com

6  Stuart M. Gordon  sgordon@gordonrees.com

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.